UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1962 |
| OREST GALAN, | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to the terms of the Settlement Agreement entered into by and between Orest Galan and the United States Department of Justice dated November 15, 2006, a copy of which is attached and incorporated as part of this Consent Judgment, Orest Galan, having consented to entry of judgment for plaintiff pursuant to Title 8 U.S.C. § 1451(a), its hereby

ORDERED, that:

1. Certificate of Naturalization No. 9492495, is canceled and the September 8, 1970 Order of the United States District Court for the Northern District of Illinois admitting Orest Galan to United States citizenship is revoked and set aside.

2. Defendant shall forthwith deliver and relinquish to plaintiff: (1) his Certificate of Naturalization as a United States Citizen (No. 9492495); (2) all passports, whether expired or unexpired; and (3) any other indicia of United States citizenship.

3. Defendant is forever restrained and enjoined from claiming any rights, privileges or advantages of United States citizenship.

4. The Complaint in this action is hereby dismissed with prejudice.

5. All provisions of the attached Settlement Agreement between Orest Galan and the United States Department of Justice are incorporated in this order by reference and shall be enforced as an order of this Court.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 17, 2006.